# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 13, 2022

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



Re:     Reyes v. AW Creative Associates Inc., d/b/a Sake Bar Satsko, et al.
        Case 1:22-cv-07558-KPF

Dear Judge Failla:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for December 22, 2022, at 11:30 a.m.., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter, having been sent to be served through the Secretary of State.  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference from the date of the Conference is hereby respectfully requested to a date at the end of January and convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/  B. Bradley Weitz
        B. Bradley Weitz, Esq. (BW9365)
        THE WEITZ LAW FIRM, P.A.
        Attorney for Plaintiff
        Bank of America Building
        18305 Biscayne Blvd., Suite 214
        Aventura, Florida 33160
        Telephone: (305) 949-7777
        Facsimile:  (305) 704-3877
        Email: bbw@weitzfirm.com

Application GRANTED.  The initial pretrial conference scheduled for December 22, 2022, is hereby ADJOURNED to **January 26, 2023, at 10:00 a.m.**

SO ORDERED.

Dated:      December 14, 2022
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE