# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 19, 2023

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



Re:   Reyes v. AW Creative Associates Inc., d/b/a Sake Bar Satsko, et al.
        Case 1:22-cv-07558-KPF

Dear Judge Failla:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 26, 2023, at 10:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been sent to be served through the Secretary of State.

We have attempted to contact the Defendants and the addresses were not valid. The Department of State serves by Certified Mail, and we initially have no knowledge of the Defendants receipt of the Summons and Complaint. We know now through an independent process server that the addresses were not good for service. Therefore, we are following up on an investigation for proper addresses to serve.

Therefore, in order to allow the Plaintiff adequate time to locate valid addresses and re-serve the Complaint and/or contact the Defendants, and to afford additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

Application GRANTED. The initial pre-trial conference currently scheduled for January 26, 2023, is hereby ADJOURNED to **March 7, 2023, at 4:00 p.m.** The Court expects that Plaintiff will have located and served Defendants by that time.

The Clerk of Court is directed to terminate the pending motion at docket number 12.

Dated:    January 19, 2023        SO ORDERED.
         New York, New York

                                  *[signature]*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE